| | | |
|---|---|---|
| CHRISTOPHER J. CANNON<br>SCOTT A. SUGARMAN<br>MATTHEW A. LAWS | **SUGARMAN & CANNON**<br>ATTORNEYS AT LAW<br>737 TEHAMA STREET, No. 3<br>SAN FRANCISCO, CALIFORNIA 94103<br>(415) 362-6252 | |

April 3, 2023

> REQUEST GRANTED IN PART.
> The date for Mr. Glassner to surrender to the BOP is extended to June 26, 2023.  Mr. Glassner is to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on that date.
>
> 4/4/2023
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

*Via ECF*

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     USA v. Frank Glassner [1:22-cr-00451-LJL]

Dear Judge Liman,

    I am writing to request an extension of the stay of execution for Frank Glassner until July 24, 2023.

    Mr. Glassner is currently set to surrender on April 24, 2023.  No previous requests for a continued stay of execution have been filed.  The reason for the stay is so that the treatment of Mr. Glassner's medical conditions may be completed prior to his surrender.  Those medical conditions, and what Mr. Glassner has done to address them, are documented in a letter from Recovery Without Walls dated March 19, 2023.  This letter has been shared with the government and will be provided to the Court via email.

    The government consents to this one-time extension of the surrender date, but expects Mr. Glassner to surrender at the end of the extension period, which we expect Mr. Glassner will be able to do.

                                               Respectfully submitted,

                                                 /s/
                                         Christopher J. Cannon
                                         Attorney for Frank Glassner

Cc:
Counsel of the Government via ECF