**SUGARMAN & CANNON**
ATTORNEYS AT LAW
737 TEHAMA STREET, No. 3
SAN FRANCISCO, CALIFORNIA 94103

(415) 362-6252

CHRISTOPHER J. CANNON

June 26, 2023

**REQUEST GRANTED.**

*Via ECF*

6/27/2023   SO ORDERED.
/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   USA v. Frank Glassner [1:22-cr-00451-LJL]

Dear Judge Liman,

    I am writing to request the return of Frank Glassner's passport after he reports to the BOP on June 26, 2023.

    Mr. Glassner is currently set to surrender on June 26, 2023. Pretrial services is currently in possession of his passport. Upon his surrender to the institution, there is no need for the government to keep his passport. Accordingly, we request that pretrial returns Mr. Glassner's passport to counsel upon proof that Glassner has surrendered to begin serving his sentence.

    The government consents to this request.

Respectfully submitted,

/s/
Christopher J. Cannon
Attorney for Frank Glassner

Cc:
Counsel of the Government via ECF